Galen H. WELCH, as Collector of Internal Revenue for the Sixth District of California, Appellant, v. MERCHANTS' NATIONAL TRUST & SAVINGS BANK OF LOS ANGELES, a National Banking Association, Appellee.

No. 7830.

Circuit Court of Appeals, Ninth Circuit.

March 11, 1935.

Peirson M. Hall, U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, both of Los Angeles, Cal., for appellant.

Claude I. Parker and Ralph Kohlmeier, both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal (8 F. Supp. 949) dismissed; mandate forthwith.

E. E. WILEY, Appellant, v. UNITED STATES of America, Appellee.*

No. 7565.

Circuit Court of Appeals, Ninth Circuit.

Feb. 25, 1935.

Emmett Doherty, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., and Ernest R. Utley, Asst. U. S. Atty., both of Los Angeles, Cal.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

After oral argument, and upon consideration of briefs filed, it is ordered that the judgment of the District Court in this cause be, and hereby is, affirmed upon the authority of Meadows v. U. S., 11 F.(2d) 718; Prussian v. U. S., 282 U. S. 675, 51 S. Ct. 223, 75 L. Ed. 610, and Mosheik v. U. S., 63 F.(2d) 533.

*Writ of certiorari denied 55 S. Ct. 657, 79 L. Ed. ——.